UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------X

NORTHFIELD INSURANCE COMPANY,

                Plaintiff,

                -against-

JVA DEICING INC, JOSEPH TUZZE, CARGILL, INCORPORATED, and CAROL DONAHUE, Individually and as Administratrix of the Estate of Mark Donahue, deceased,

                Defendants.

------------------------------------------------------------------------X

Civil Action No. 23-cv-461-MCC

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Northfield Insurance Company is 100% owned by Northland Insurance Company, which is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

Dated: March 15, 2023

                **RESPECTFULLY SUBMITTED**

                **USERY & ASSOCIATES**

                By: /s/ Michael J. McLaughlin
                      Michael J. McLaughlin
                      *Attorneys for Plaintiff Northfield Insurance Company*
                      Phone : 917.778-6680
                      Fax : 844.571-3789
                      Email : mjmclaug@travelers.com

                      Please address all correspondence sent by mail to:
                      P.O. Box 2996
                      Hartford, CT 06104-2996

<u>Physical Address</u>:
10 Sentry Parkway, Suite 300
Blue Bell, Pennsylvania 19422