# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR : Civil Action No. 3:23-cv-00461-MCC
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, **Amy C. Gross**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Usery & Associates
485 Lexington Avenue, 6th Floor
New York, NY 10017

Office Telephone: 917.778.6680

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

(see attached)

My attorney Identification number is: (see attached)

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

X SPECIAL ADMISSION:

GRANTED BY THE COURT  s/ Martin C. Carlson, USMJ   Date: 3/24/2023

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

N/A

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None.

I do ☐, do not ☑, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain:

I am seeking:

☐   General Admission under Local Rule LR 83.8.1

☑   Special Admission (specify by placing a checkmark in the appropriate rule below)

LR 83.8.2.1 ☑, LR 83.8.2.2 ☐, LR 83.8.2.3 ☐, or LR 83.8.2.4 ☐

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

For representation of the Plaintiff, Northfield Insurance Company, in Civil Action No. 3:23-cv-00461-MCC.

NAME THE PARTY YOU REPRESENT:

Plaintiff, Northfield Insurance Company

If special admission is requested for a particular case, please list case number and caption:

Case # 3:23-cv-00461-MCC

Caption # Northfield Insurance Company v. JVA Deicing, Inc., et al

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences, and trials. (See LR 83.9)

    If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

    Michael J. McLaughlin, Usery & Associates, 10 Sentry Parkway, Suite 300, Blue Bell, PA 19422, 215-274-1703, Bar No. 208093

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

_____
(Bar Identification Number and State where admitted)

_____
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER  Amy C. Gross

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are lifelines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:

Amy C. Gross
_____
Signature

USDC
Southern District of New York
7/15/2003
Attorney Bar Code #AG8836

USDC
Eastern District of New York
7/16/2003
Attorney Bar Code #AG8836

USDC
Western District of New York
10/10/2014
Attorney Bar Code #AG8836

USDC
Northern District of New York
11/17/2020
Attorney Bar Code #AG8836

USDC
District of New Jersey
Admitted 4/14/2021

United States Court of Appeals 2nd Circuit
8/3/2005

Supreme Court of the State of New York
Admitted 4/16/2003
License number 4129136

Superior Court of New Jersey
Admitted 1/25/2021
License number 359452021

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------X

NORTHFIELD INSURANCE COMPANY,

                Plaintiff,

     -against-

JVA DEICING INC, JOSEPH TUZZE, CARGILL, INCORPORATED, and CAROL DONAHUE, Individually and as Administratrix of the Estate of Mark Donahue, deceased,

                Defendants.

------------------------------------------------------------------------X

Civil Action No. 3:23-cv-00461-MCC

## **ORDER**

     AND NOW, this _____ day of _____ 2023, it is hereby

     ORDERED that the application of   <u>Amy C. Gross</u>  , Esquire, to practice in this court pursuant to LR 83.8.2.1 is

       _____ GRANTED

       _____ DENIED.

                                                      _____

                                                                                 J.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------X

NORTHFIELD INSURANCE COMPANY,

                Plaintiff,

Civil Action No. 3:23-cv-00461-MCC

-against-

JVA DEICING INC, JOSEPH TUZZE, CARGILL, INCORPORATED, and CAROL DONAHUE, Individually and as Administratrix of the Estate of Mark Donahue, deceased,

                Defendants.

------------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a copy of the application of __Amy C. Gross__, Esquire, to practice in this court pursuant to LR 83.8.2.1 and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

   /s/Michael J. McLaughlin
Michael J. McLaughlin
*Attorneys for Plaintiff Northfield Insurance Company*
Phone : 917.778-6680
Fax : 844.571-3789
Email : mjmclaug@travelers.com

Please address all correspondence sent by mail to:
P.O. Box 2996
Hartford, CT 06104-2996

Physical Address:
10 Sentry Parkway, Suite 300
Blue Bell, Pennsylvania 19422