**Plaintiff**
NORTHFIELD INSURANCE COMPANY

vs

**Defendant**
JVA DEICING INC., ET AL


6 3 0 6 5 6

UNITED STATE DISTRICT
COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA

DOCKET NO. 3:23-CV-00461

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Person to be served: JVA DEICING INC.

Address:
78 COTTAGE STREET
CARBONDALE PA 18407

Attorney:
USERY & ASSOCIATES
P.O. BOX 2996
HARTFORD CT 06104

Papers Served:
SUMMONS & COMPLAINT FOR DECLARATORY RELIEF; COMMERCIAL INSURANCE POLICY; CIVIL COVER SHEET; RULE 7.1 CORPORATE DISCLOSURE STATEMENT

**Service Data:**

Served Successfully __X__  Not Served ____  Date: 3/20/23  Time: 7:35 PM  Attempts: 1

____ Delivered a copy to him/her personally

__X__ Left a copy with a competent household member over 18 years of age residing therein at place of abode.

____ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title
Alessandro Tuzze
Son
MEMBER OF HOUSEHOLD

**Description of Person Accepting Service:**

Age: 35  Height: 5'10"  Weight: 310  Hair: Brown  Sex: Male  Race: White

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: ____ Date ____ Time
____ Date ____ Time
____ Date ____ Time
( ) Other: ____  Comments or Remarks ____

Subscribed and Sworn to me this 23 day of May 23

_____
Notary Signature

I, Brian Duffy, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ 3/23/23
Signature of Process Server   Date

Commonwealth of Pennsylvania - Notary Seal
FRANCIS B JOLLEY - Notary Public
Lackawanna County
My Commission Expires March 24, 2025
Commission Number 1246164

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No. 630656
File No. 2023022563

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

**NORTHFIELD INSURANCE COMPANY**
*Plaintiff*

v.

**JVA DEICING, INC., ET AL.**
*Defendant*

Civil Action No.:
**3:23-CV-00461-MCC**
Hon. Martin C. Carlson

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael J. McLaughlin
> Usery & Associates
> P.O. Box 2996
> Hartford, CT 06104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER J. WELSH**
*CLERK OF COURT*

s/ – **Rashelle Weida**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2023-03-15 16:32:40, Clerk USDC MDPA