# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY,<br><br>      Plaintiff<br><br>vs.<br><br>JVA DEICING, INC., JOSEPH TUZZE, CARGILL, INCORPORATED, and CAROL DONAHUE, individually and as Administratrix of the Estate of Mark Donahue, deceased,<br><br>      Defendants | No. 3:23-cv-00461-MCC<br><br>(Magistrate Judge Carlson)<br><br>Electronically Filed |

## ENTRY OF APPEARANCE

TO: PETER J. WELSH, CLERK OF COURT

Please enter the appearance of the undersigned on behalf of Defendants, JVA DEICING, INC. and JOSEPH TUZZE, in the above-captioned matter.

      Respectfully submitted,
      ROSENN, JENKINS & GREENWALD, LLP

      By: /s/ *Robert D. Schaub, Esquire*
        Robert D. Schaub, Esquire
        Attorney ID No. 42466
        Cross Creek Pointe
        1065 Highway 315, Suite 200
        Wilkes-Barre, PA 18702
        Phone: 570-826-5652
        Fax: 570-826-5640
        E-mail: rschaub@rjglaw.com

      Attorneys for Defendants, JVA DEICING, INC.
      and JOSEPH TUZZE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, | No. 3:23-cv-00461-MCC |
| Plaintiff | |
| vs. | (Magistrate Judge Carlson) |
| JVA DEICING, INC., JOSEPH TUZZE, CARGILL, INCORPORATED, and CAROL DONAHUE, individually and as Administratrix of the Estate of Mark Donahue, deceased, | Electronically Filed |
| Defendants | |

## CERTIFICATE OF SERVICE

I, ROBERT D. SCHAUB, ESQUIRE, hereby certify that on the 3rd day of April, 2023, I served a true and correct copy of ENTRY OF APPEARANCE, by ECF to all counsel of record.

        ROSENN, JENKINS & GREENWALD, LLP

        By: /s/ *Robert D. Schaub, Esquire*
            ROBERT D. SCHAUB, ESQUIRE