IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY,<br><br>        Plaintiff<br><br>vs.<br><br>JVA DEICING, INC., JOSEPH TUZZE, CARGILL, INCORPORATED, and CAROL DONAHUE, individually and as Administratrix of the Estate of Mark Donahue, deceased,<br><br>        Defendants | No. 3:23-cv-00461-MCC<br><br>(Magistrate Judge Carlson)<br><br>Electronically Filed |

## ENTRY OF APPEARANCE

TO: PETER J. WELSH, CLERK OF COURT

Please enter the appearance of the undersigned on behalf of Defendants, JVA DEICING, INC. and JOSEPH TUZZE, in the above-captioned matter.

        Respectfully submitted,
        ROSENN, JENKINS & GREENWALD, LLP

        By: /s/ *Robert L. Gawlas, Esquire*
            Robert L. Gawlas, Esquire
            Attorney ID No. 323299
            Cross Creek Pointe
            1065 Highway 315, Suite 200
            Wilkes-Barre, PA 18702
            Phone: 570-826-5654
            Fax: 570-826-5640
            E-mail: rlgawlas@rjglaw.com
        Attorneys for Defendants, JVA DEICING, INC. and JOSEPH TUZZE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, | No. 3:23-cv-00461-MCC |
| Plaintiff | |
| vs. | (Magistrate Judge Carlson) |
| JVA DEICING, INC., JOSEPH TUZZE, CARGILL, INCORPORATED, and CAROL DONAHUE, individually and as Administratrix of the Estate of Mark Donahue, deceased, | Electronically Filed |
| Defendants | |

## CERTIFICATE OF SERVICE

I, ROBERT L. GAWLAS, ESQUIRE, hereby certify that on the 3rd day of April, 2023, I served a true and correct copy of ENTRY OF APPEARANCE, by ECF to all counsel of record.

>ROSENN, JENKINS & GREENWALD, LLP
>
>By: /s/ *Robert L. Gawlas, Esquire*
>ROBERT L. GAWLAS, ESQUIRE