# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, | No. 3:23-cv-00461-MCC |
| Plaintiff | |
| vs. | (Magistrate Judge Carlson) |
| JVA DEICING, INC., JOSEPH TUZZE, CARGILL, INCORPORATED, and CAROL DONAHUE, individually and as Administratrix of the Estate of Mark Donahue, deceased, | Electronically Filed |
| Defendants | |

## UNOPPOSED MOTION OF DEFENDANTS, JVA DEICING, INC. AND JOSEPH TUZZE, FOR ENLARGEMENT OF TIME OF THIRTY (30) DAYS TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants, JVA DEICING, INC. and JOSEPH TUZZE (together the "JVA Defendants"), by and through their attorneys, Rosenn, Jenkins & Greenwald, LLP, hereby move this Honorable Court for an enlargement of time of thirty (30) days, until May 10, 2023, to file their response to Plaintiff's Complaint (Doc. 1) and, in support thereof, avers as follows:

1. On or about March 15, 2023, Plaintiff, NORTHFIELD INSURANCE COMPANY ("Northfield" or "Plaintiff"), filed a Complaint against the JVA Defendants, CARGILL INCORPORATED, and CAROL DONAHUE, individually

and as Administratrix of the Estate of Mark Donahue, deceased, seeking Declaratory Relief. (Doc. 1).

2. The JVA Defendants were served with the Summons and Complaint on or about March 20, 2023, making their response to the Complaint due on April 10, 2023. (Docs. 6-7).

3. Counsel for the JVA Defendants require further time to compose their response to the Complaint, and therefore respectfully request a thirty (30) day enlargement of its time, to Wednesday, May 10, 2023, to respond to the Complaint.

4. The instant Motion is made in good faith and not for purposes of delay.

5. Counsel for Northfield, Amy C. Gross, Esquire was contacted and represented that she consents to the requested thirty (30) day extension.

WHEREFORE, Defendants, JVA DEICING, INC. and JOSEPH TUZZE, respectfully request that the Court grant it an extension of time until May 10, 2023 to file its response to Northfield's Complaint.

RESPECTFULLY SUBMITTED:

ROSENN, JENKINS & GREENWALD, LLP

BY: /S/ ROBERT L. GAWLAS, ESQUIRE
    ROBERT D. SCHAUB, ESQUIRE
    Attorney I.D. No. 42466
    ROBERT L. GAWLAS, ESQUIRE
    Attorney I.D. No. 323299
    Cross Creek Pointe

1065 Highway 315, Suite 200
Wilkes-Barre, PA 18702
(570) 826-5652 – telephone

Attorneys for Defendants,
JVA DEICING, INC. and JOSEPH TUZZE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, | No. 3:23-cv-00461-MCC |
| Plaintiff | |
| vs. | (Magistrate Judge Carlson) |
| JVA DEICING, INC., JOSEPH TUZZE, CARGILL, INCORPORATED, and CAROL DONAHUE, individually and as Administratrix of the Estate of Mark Donahue, deceased, | Electronically Filed |
| Defendants | |

## CERTIFICATE OF CONCURRENCE

I, ROBERT L. GAWLAS, ESQUIRE, hereby certify that counsel for Plaintiff, NORTHFIELD INSURANCE COMPANY concurs in the instant Motion for Enlargement of Time.

                                          BY: /S/ ROBERT L. GAWLAS, ESQUIRE
                                                    ROBERT L. GAWLAS, ESQUIRE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, | No. 3:23-cv-00461-MCC |
| Plaintiff | |
| vs. | (Magistrate Judge Carlson) |
| JVA DEICING, INC., JOSEPH TUZZE, CARGILL, INCORPORATED, and CAROL DONAHUE, individually and as Administratrix of the Estate of Mark Donahue, deceased, | Electronically Filed |
| Defendants | |

## CERTIFICATE OF SERVICE

ROBERT L. GAWLAS, ESQUIRE, hereby certifies that on the 3rd day of April, 2023, he caused to be served a true and correct copy of the foregoing UNOPPOSED MOTION OF DEFENDANTS, JVA DEICING, INC. AND JOSEPH TUZZE, FOR ENLARGEMENT OF TIME OF THIRTY (30) DAYS TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT, by ECF to all counsel of record.

BY: /S/ ROBERT L. GAWLAS, ESQUIRE
ROBERT L. GAWLAS, ESQUIRE

941064.1