

UNITED STATE DISTRICT
COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA

Plaintiff
NORTHFIELD INSURANCE COMPANY

Defendant                    vs
JVA DEICING INC., ET AL

DOCKET NO. 3:23-CV-00461

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Person to be served: CAROL DONAHUE, INDIVIDUALLY
AND AS ADMINISTRATRIX OF THE ESTATE OF MARK DONAHUE,
DECEASED
Address:
244 WILLIAM STREET
PITTSTON PA 18640

Attorney:
USERY & ASSOCIATES
P.O. BOX 2996
HARTFORD CT 06104

Papers Served:
SUMMONS & COMPLAINT FOR DECLARATORY RELIEF; COMMERCIAL INSURANCE POLICY; CIVIL COVER SHEET; RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Service Data:

Served Successfully __X__   Not Served _____   Date: 03/27/2023   Time: 1:19 PM   Attempts: 1

___ Delivered a copy to him/her personally

_X_ Left a copy with a competent household
member over 18 years of age residing therein at place of abode.

Name of Person Served and relationship/title

Mark Lacomis,
**MEMBER OF HOUSEHOLD**

___ Left a copy with a person authorized to accept
service, e.g. managing agent, registered agent, etc.

Description of Person Accepting Service:

Age: 45   Height: 6'00"   Weight: 230 lbs   Hair: black   Sex: male   Race: Caucasian

Non-Served:

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
                    _____ Date _____ Time
( ) Other: _____

Comments or Remarks _____

Subscribed and Sworn to me this
28th day of March 2023

I, Alexander Watson, was at
time of service a competent adult not having a direct
interest in the litigation. I declare under penalty
of perjury that the foregoing is true and correct.

_Notary Signature_

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2026
Commission number 1151303
Member, Pennsylvania Association of Notaries

Signature of Process Server   Date: 03/28/2023

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.  630660
File No.  2023022563

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORTHFIELD INSURANCE COMPANY** | |
| *Plaintiff* | Civil Action No.: |
| v. | 3:23–CV–00461–MCC |
| | Hon. Martin C. Carlson |
| **JVA DEICING, INC., ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SEE COMPLAINT

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael J. McLaughlin
    Usery & Associates
    P.O. Box 2996
    Hartford, CT 06104

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER J. WELSH**
*CLERK OF COURT*

**s/ – Rashelle Weida**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2023–03–15 16:32:40, Clerk USDC MDPA