# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, | No. 3:23-cv-00461-MCC |
| Plaintiff | |
| vs. | (Magistrate Judge Carlson) |
| JVA DEICING, INC., JOSEPH TUZZE, CARGILL, INCORPORATED, and CAROL DONAHUE, individually and as Administratrix of the Estate of Mark Donahue, deceased, | Electronically Filed |
| Defendants | |

## ORDER

AND NOW, this __4th__ day of __April__, 2023, upon consideration of JVA DEICING, INC. and JOSEPH TUZZE's Unopposed Motion for Enlargement of Time to File its Response to Plaintiff's Complaint, IT IS HEREBY ORDERED that the Motion is GRANTED, and JVA DEICING, INC. and JOSEPH TUZZE have until May 10, 2023, to file their response to the Complaint.

BY THE COURT:

*s/ Martin C. Carlson*
_____
Martin C. Carlson,
U.S. Magistrate Judge

941064.1