# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Northfield Insurance Company, | : | No. 3:23-cv-00461-MCC |
| | : | |
| Plaintiff | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| JVA Deicing, Inc., Joseph Tuzze, Cargill Incorporated and Carol Donahue, individually as Administratrix of the Estate of Mark Donahue, deceased | : | Electronically filed |
| Defendants | : | |

## ENTRY OF APPEARANCE

To: Peter J. Welsh, Clerk of Court

Please enter the appearance of the undersigned as counsel on behalf of Defendant, Carol Donahue, individually and as Administratrix of the Estate of Mark Donahue, deceased.

Respectfully submitted:

**CAPUTO & MARIOTTI LAW OFFICES**

By: /S/ *Christopher P. Caputo*
Christopher P. Caputo
Attorney ID No.: **73446**
Caputo and Mariotti, P.C.
730 Main Street
Moosic, PA 18507
570-342-9999 (p)
570-457-1533 (f)
cpcaputo@caputomariotti.com

# IN THE UNITED STATES DISCTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Northfield Insurance Company, | : | No. 3:23-cv-00461-MCC |
| | : | |
| Plaintiff | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| JVA Deicing, Inc., Joseph Tuzze, Cargill Incorporated and Carol Donahue, individually as Administratrix of the Estate of Mark Donahue, deceased | : | Electronically filed |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, CHRISTOPHER P. CAPUTO, ESQUIRE, hereby certify that on the 4TH day of April, 2023, I served a true and correct copy of an ENTRY OF APPEARANCE, by ECF to all counsel of record.

By: /S/ *Christopher P. Caputo*
Christopher P. Caputo
Attorney ID No.: **73446**
Caputo and Mariotti, P.C.
730 Main Street
Moosic, PA 18507
570-342-9999 (p)
570-457-1533 (f)
cpcaputo@caputomariotti.com