# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Northfield Insurance Company, | : | No. 3:23-cv-00461-MCC |
| | : | |
| Plaintiff | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| JVA Deicing, Inc., Joseph Tuzze, Cargill Incorporated and Carol Donahue, individually as Administratrix of the Estate of Mark Donahue, deceased | : | Electronically filed |
| Defendants | : | |

## ENTRY OF APPEARANCE

To: Peter J. Welsh, Clerk of Court

Please enter the appearance of the undersigned as counsel on behalf of Defendant, Carol Donahue, individually and as Administratrix of the Estate of Mark Donahue, deceased.

          Respectfully submitted:

          **CAPUTO & MARIOTTI LAW OFFICES**

By: /S/ *Joseph E. Mariotti*
      Joseph E. Mariotti
      Attorney ID No.: **65535**
      Caputo and Mariotti, P.C.
      730 Main Street
      Moosic, PA 18507
      570-342-9999 (p)
      570-457-1533 (f)
      jmariotti@caputomariotti.com

# IN THE UNITED STATES DISCTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Northfield Insurance Company, | : | No. 3:23-cv-00461-MCC |
| | : | |
| | : | |
| Plaintiff | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| JVA Deicing, Inc., Joseph Tuzze, Cargill | : | Electronically filed |
| Incorporated and Carol Donahue, | : | |
| individually as Administratrix of the | : | |
| Estate of Mark Donahue, deceased | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, JOSEPH E. MARIOTTI, ESQUIRE, hereby certify that on the 4TH day of April, 2023, I served a true and correct copy of an ENTRY OF APPEARANCE, by ECF to all counsel of record.

      By: /S/ *Joseph E. Mariotti*
         Joseph E. Mariotti
         Attorney ID No.: **65535**
         Caputo and Mariotti, P.C.
         730 Main Street
         Moosic, PA 18507
         570-342-9999 (p)
         570-457-1533 (f)
         jmariotti@caputomariotti.com