

**Plaintiff**
NORTHFIELD INSURANCE COMPANY

vs

**Defendant**
JVA DEICING INC., ET AL

UNITED STATE DISTRICT
COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA

DOCKET NO. 3:23-CV-00461

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Person to be served: CARGILL, INCORPORATED

Address:
15407 MCGINTY ROAD WEST
WAYZATA MN 55391

c/o United Agent Group, Inc., Reg. Agent
5200 Willson Road, Unit 150
Edina, MN 55424

Attorney:
USERY & ASSOCIATES
P.O. BOX 2996
HARTFORD CT 06104

Papers Served:
SUMMONS & COMPLAINT FOR DECLARATORY RELIEF; COMMERCIAL INSURANCE POLICY; CIVIL COVER SHEET; RULE 7.1 CORPORATE DISCLOSURE STATEMENT

**Service Data:**

Served Successfully ✓   Not Served ___   Date: 3/27/2023   Time: 8:51 AM   Attempts: ___

__ Delivered a copy to him/her personally

__ Left a copy with a competent household
member over 18 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept
service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

Allic Jokinen,
Managing agent

**Description of Person Accepting Service:**
Age: 25   Height: 5'6"   Weight: 160 lbs.   Hair: Brown   Sex: Female   Race: Caucasian

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                          Date _____ Time
                          Date _____ Time
( ) Other: _____

Comments or Remarks _____

I, Brandon Slopek, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Subscribed and Sworn to me this
28 day of March, 2023

_____
Notary Signature

_____   3/28/2023
Signature of Process Server   Date



MICHAEL ANTONY BERNABO
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2028

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   630659
File No.   2023022563

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

NORTHFIELD INSURANCE COMPANY

*Plaintiff*

v.

JVA DEICING, INC., ET AL.

*Defendant*

Civil Action No.:
3:23-CV-00461-MCC
Hon. Martin C. Carlson

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SEE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ---- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ---- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael J. McLaughlin
    Usery & Associates
    P.O. Box 2996
    Hartford, CT 06104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER J. WELSH**

*CLERK OF COURT*

s/ -- **Rashelle Weida**

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2023-03-15 16:32:40, Clerk USDC MDPA