# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORTHFIELD INS. CO.,** | : | **CIVIL NO. 3:23-CV-461** |
| **Plaintiff,** | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| **JVA DEICING INC., et al.,** | : | |
| **Defendants** | : | |

## ORDER

Defendant, Carol Donahue, individually and as Administratrix of the Estate of Mark Donahue, has filed an unopposed motion for extension of time in which to respond to the plaintiff's complaint. (Doc. 17). This motion is GRANTED and the defendant shall respond to the complaint on or before **May 12, 2023**.

So ordered this 6th day of April 2023.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge