# Judge Wilson's 2022–24 Case Management Calendar

| Trial list: | Status conference: | Fact discovery deadline: | Dispositive motions and suporting briefs: | Affirmative expert reports: | Responsive expert reports: | Supplemental expert reports: | Expert discovery deadline: | Motions in limine and supporting briefs: | Pretrial Memoranda, proposed voir dire, and jury instructions: | Pre-trial conference: | Jury selection and trial: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-22 | 5/26/2021 | 6/30/2021 | 7/30/2021 | 7/30/2021 | 9/3/2021 | 9/17/2021 | 10/15/2021 | 11/3/2021 | 12/1/2021 | 12/15/2021 | 1/3/2022 |
| Feb-22 | 6/23/2021 | 7/30/2021 | 8/31/2021 | 8/31/2021 | 10/1/2021 | 10/15/2021 | 11/12/2021 | 12/8/2021 | 1/5/2022 | 1/19/2022 | 2/7/2022 |
| Mar-22 | 7/28/2021 | 8/31/2021 | 9/30/2021 | 9/30/2021 | 11/5/2021 | 11/19/2021 | 12/17/2021 | 1/5/2022 | 2/2/2022 | 2/16/2022 | 3/7/2022 |
| Apr-22 | 8/25/2021 | 9/30/2021 | 10/29/2021 | 10/29/2021 | 12/3/2021 | 12/17/2021 | 1/14/2022 | 2/2/2022 | 3/2/2022 | 3/16/2022 | 4/4/2022 |
| May-22 | 9/22/2021 | 10/29/2021 | 11/30/2021 | 11/30/2021 | 1/7/2022 | 1/21/2022 | 2/18/2022 | 3/9/2022 | 4/6/2022 | 4/20/2022 | 5/2/2022 |
| Jun-22 | 10/27/2021 | 11/30/2021 | 12/30/2021 | 12/30/2021 | 2/4/2022 | 2/18/2022 | 3/18/2022 | 4/6/2022 | 5/4/2022 | 5/18/2022 | 6/6/2022 |
| Jul-22 | 11/24/2021 | 12/30/2021 | 1/31/2022 | 1/31/2022 | 3/4/2022 | 3/18/2022 | 4/15/2022 | 5/4/2022 | 6/1/2022 | 6/15/2022 | 7/5/2022 |
| Aug-22 | 12/22/2021 | 1/31/2022 | 2/28/2022 | 2/28/2022 | 4/1/2022 | 4/15/2022 | 5/13/2022 | 6/8/2022 | 7/6/2022 | 7/20/2022 | 8/1/2022 |
| Sep-22 | 1/26/2022 | 2/28/2022 | 3/31/2022 | 3/31/2022 | 5/6/2022 | 5/20/2022 | 6/17/2022 | 7/6/2022 | 8/3/2022 | 8/17/2022 | 9/6/2022 |
| Oct-22 | 2/23/2022 | 3/31/2022 | 4/29/2022 | 4/29/2022 | 6/3/2022 | 6/17/2022 | 7/15/2022 | 8/10/2022 | 9/7/2022 | 9/21/2022 | 10/3/2022 |
| Nov-22 | 3/23/2022 | 4/29/2022 | 5/31/2022 | 5/31/2022 | 7/1/2022 | 7/15/2022 | 8/12/2022 | 9/7/2022 | 10/5/2022 | 10/19/2022 | 11/7/2022 |
| Dec-22 | 4/27/2022 | 5/31/2022 | 6/30/2022 | 6/30/2022 | 8/5/2022 | 8/19/2022 | 9/16/2022 | 10/5/2022 | 11/2/2022 | 11/16/2022 | 12/5/2022 |
| 23-Jan | 5/25/2022 | 6/30/2022 | 7/29/2022 | 7/29/2022 | 9/2/2022 | 9/16/2022 | 10/14/2022 | 11/9/2022 | 12/7/2022 | 12/21/2022 | 1/2/2023 |
| 23-Feb | 6/22/2022 | 7/29/2022 | 8/31/2022 | 8/31/2022 | 10/7/2022 | 10/21/2022 | 11/18/2022 | 12/7/2022 | 1/4/2023 | 1/18/2023 | 2/6/2023 |
| 23-Mar | 7/27/2022 | 8/31/2022 | 9/30/2022 | 9/30/2022 | 11/4/2022 | 11/18/2022 | 12/16/2022 | 1/4/2023 | 2/1/2023 | 2/15/2023 | 3/6/2023 |
| 23-Apr | 8/24/2022 | 9/30/2022 | 10/31/2022 | 10/31/2022 | 12/2/2022 | 12/16/2022 | 1/13/2023 | 2/1/2023 | 3/1/2023 | 3/15/2023 | 4/3/2023 |
| 23-May | 9/28/2022 | 10/31/2022 | 11/30/2022 | 11/30/2022 | 1/6/2023 | 1/20/2023 | 2/17/2023 | 3/8/2023 | 4/5/2023 | 4/19/2023 | 5/1/2023 |
| 23-Jun | 10/26/2022 | 11/30/2022 | 12/30/2022 | 12/30/2022 | 2/3/2023 | 2/17/2023 | 3/17/2023 | 4/5/2023 | 5/3/2023 | 5/17/2023 | 6/5/2023 |
| 23-Jul | 11/23/2022 | 12/30/2022 | 1/31/2023 | 1/31/2023 | 3/3/2023 | 3/17/2023 | 4/14/2023 | 5/10/2023 | 6/7/2023 | 6/21/2023 | 7/3/2023 |
| 23-Aug | 12/28/2022 | 1/31/2023 | 2/28/2023 | 2/28/2023 | 4/7/2023 | 4/21/2023 | 5/19/2023 | 6/7/2023 | 7/5/2023 | 7/19/2023 | 8/7/2023 |
| 23-Sep | 1/25/2023 | 2/28/2023 | 3/31/2023 | 3/31/2023 | 5/5/2023 | 5/19/2023 | 6/16/2023 | 7/5/2023 | 8/2/2023 | 8/16/2023 | 9/5/2023 |
| 23-Oct | 2/22/2023 | 3/31/2023 | 4/28/2023 | 4/28/2023 | 6/2/2023 | 6/16/2023 | 7/14/2023 | 8/9/2023 | 9/6/2023 | 9/20/2023 | 10/2/2023 |
| 23-Nov | 3/22/2023 | 4/28/2023 | 5/31/2023 | 5/31/2023 | 7/7/2023 | 7/21/2023 | 8/18/2023 | 9/6/2023 | 10/4/2023 | 10/18/2023 | 11/6/2023 |
| 23-Dec | 4/26/2023 | 5/31/2023 | 6/30/2023 | 6/30/2023 | 8/4/2023 | 8/18/2023 | 9/15/2023 | 10/4/2023 | 11/1/2023 | 11/15/2023 | 12/4/2023 |
| 24-Jan | 5/24/2023 | 6/30/2023 | 7/31/2023 | 7/31/2023 | 9/1/2023 | 9/15/2023 | 10/13/2023 | 11/8/2023 | 12/6/2023 | 12/20/2023 | 1/2/2024 |
| 24-Feb | 6/28/2023 | 7/31/2023 | 8/31/2023 | 8/31/2023 | 10/6/2023 | 10/20/2023 | 11/17/2023 | 12/6/2023 | 1/3/2024 | 1/17/2024 | 2/5/2024 |
| 24-Mar | 7/26/2023 | 8/31/2023 | 9/29/2023 | 9/29/2023 | 11/3/2023 | 11/17/2023 | 12/15/2023 | 1/10/2024 | 2/7/2024 | 2/21/2024 | 3/4/2024 |
| 24-Apr | 8/23/2023 | 9/29/2023 | 10/31/2023 | 10/31/2023 | 12/1/2023 | 12/15/2023 | 1/12/2024 | 2/7/2024 | 3/6/2024 | 3/20/2024 | 4/1/2024 |
| 24-May | 9/27/2023 | 10/31/2023 | 11/30/2023 | 11/30/2023 | 1/5/2024 | 1/19/2024 | 2/16/2024 | 3/6/2024 | 4/3/2024 | 4/17/2024 | 5/6/2024 |
| 24-Jun | 10/25/2023 | 11/30/2023 | 12/29/2023 | 12/29/2023 | 2/2/2024 | 2/16/2024 | 3/15/2024 | 4/3/2024 | 5/1/2024 | 5/15/2024 | 6/3/2024 |
| 24-Jul | 11/22/2023 | 12/29/2023 | 1/31/2024 | 1/31/2024 | 3/1/2024 | 3/15/2024 | 4/12/2024 | 5/8/2024 | 6/5/2024 | 6/19/2024 | 7/1/2024 |
| 24-Aug | 12/27/2023 | 1/31/2024 | 2/29/2024 | 2/29/2024 | 4/5/2024 | 4/19/2024 | 5/17/2024 | 6/5/2024 | 7/3/2024 | 7/17/2024 | 8/5/2024 |
| 24-Sep | 1/24/2024 | 2/29/2024 | 3/29/2024 | 3/29/2024 | 5/3/2024 | 5/17/2024 | 6/14/2024 | 7/10/2024 | 8/7/2024 | 8/21/2024 | 9/3/2024 |
| 24-Oct | 2/28/2024 | 3/29/2024 | 4/30/2024 | 4/30/2024 | 6/7/2024 | 6/21/2024 | 7/19/2024 | 8/7/2024 | 9/4/2024 | 9/18/2024 | 10/7/2024 |
| 24-Nov | 3/27/2024 | 4/30/2024 | 5/31/2024 | 5/31/2024 | 7/5/2024 | 7/19/2024 | 8/16/2024 | 9/4/2024 | 10/2/2024 | 10/16/2024 | 11/4/2024 |
| 24-Dec | 4/24/2024 | 5/31/2024 | 6/28/2024 | 6/28/2024 | 8/2/2024 | 8/16/2024 | 9/13/2024 | 10/9/2024 | 11/6/2024 | 11/20/2024 | 12/2/2024 |