IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORTHFIELD INSURANCE COMPANY,** | : | No. 3:23cv461 |
| **Plaintiff** | : | (Judge Munley) |
| v. | : | |
| **JVA DEICING, INC.; JOSEPH TUZZE; CARGILL, INC.; and CAROL DONAHUE, Individually and as Administratrix of the Estate of Mark Donahue, deceased,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 8 day of July 2024, pursuant to the telephonic discovery conference held on this date, it is hereby **ORDERED** that Plaintiff Northfield Insurance Company shall provide the documents at issue to the court for *in camera* review by July 15, 2024.

Plaintiff and Defendant Carol Donahue shall file briefs, no longer than seven (7) pages, double spaced, setting forth their respective positions regarding the discoverability of the documents by July 15, 2024.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court